

January 11, 2019

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Carman v. Ticketmaster L.L.C. (1:18-cv-12139-KPF)*

Dear Judge Failla,

We represent Plaintiff, Joey Carman, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

                                                      Respectfully submitted,

                                                      /s/Richard Liebowitz
                                                      Richard P. Liebowitz

                                                      *Counsel for Plaintiff Joey Carman*

